UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COURTNEY O'GRADY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRAND BRANDS INC.,<br><br>Defendant. | Case No.: 7:23-cv-08151-CS<br><br>Hon. Cathy Seibel, U.S.D.J.<br><br>STIPULATION OF DISMISSAL |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Courtney O'Grady ("Plaintiff") and Defendant Grand Brands Inc, ("Grand Brands") (together with Plaintiff, the "Parties") hereby stipulate and agree that: (1) Plaintiff's individual claims in the above-captioned matter are dismissed without prejudice; and (2) the putative class claims in the above-captioned matter are dismissed without prejudice. Each Party shall bear her, their, or its own costs and expenses, including attorneys' fees, except as otherwise agreed to by the Parties. Each Party also waives any and all rights of appeal.

AGREED AND STIPULATED TO BY:

GUCOVSCHI ROZENSHTEYN, PLLC

By: _____
Adrian Gucovschi, Esq.
140 Broadway, Suite 4667
New York, NY 10005
Tel: (212) 884-4230
adrian@gr-firm.com
*Attorney for Plaintiff*

March 27, 2024

ALSTON & BIRD LLP

By: _____
Angela M. Spivey, Esq.
1201 West Peachtree Street Suite 4900
Atlanta, GA 30309
Tel: (404) 881-7857
angela.spivey@alston.com
*Attorney for Defendant*
*Grand Brands, Inc.*

March 27, 2024

SO ORDERED.

_____
CATHY SEIBEL, U.S.D.J.

3/27/24

The Clerk shall close the case.